**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RAJPAL SINGH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-863-R** |
| | ) | |
| **CHRIS GANTT**[1] **et al.,** | ) | |
| | ) | |
| **Respondents.**[2] | ) | |

## ORDER

The Court orders Respondents to provide the transcript, if available, and any other documentation of, and evidence presented at, Petitioner's bond hearing held on February 23, 2026. Respondents shall provide this information to the Court **on or before August 10, 2026.**

**SO ORDERED** this 3rd day of August, 2026.

_Amanda L. Maxfield_
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE

---

[1] Chris Gantt has succeeded Dr. Scarlet Grant as Warden of Cimarron Correctional Facility. Pursuant to Federal Rule of Civil Procedure, 25(d), Mr. Gantt is automatically substituted as a Respondent in this action.

[2] David Venturella was announced as Acting Director of U.S. Immigration and Customs Enforcement on June 1, 2026. He replaces Todd Lyons and is substituted as the proper respondent pursuant to Federal Rule of Civil Procedure 25(d).